NO. 07-07-0021-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 27, 2007
_____

In the Matter of the Marriage of
MARY CECELIA GARZA and RAYMOND M. GARZA
_____

FROM THE 320th DISTRICT COURT OF POTTER COUNTY;

NO. 73,011-D; HON. DON EMERSON, PRESIDING
_____

***MEMORANDUM OPINION***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Raymond M. Garza filed a notice of appeal on January 22, 2007. However, he did not pay the $125 filing fee required from appellants under Texas Rule of Appellate Procedure 5. Nor did he file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court dated February 7, 2007, we informed appellant that "the filing fee in the amount of $125.00 has not been paid, and appellant is directed this fee must be received by the Court no later than Tuesday, February 20, 2007. . . . Failure to comply with the Court's directive will result in dismissal of the appeal per Rules 37.3(b) and 42.3(b) and (c)." TEX. R. APP. P. 42.3(c); *see Holt v. F. F. Enterprises*, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref'd). The deadline lapsed, and the fee was not received.

Because appellant failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam